# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN LEE RICHES, | )<br>) |
|     Petitioner, | )   3:08-cv-00378-LRH-RAM<br>) |
| vs. | )   ORDER<br>) |
| ALAN WEBB, *et al.*, | )<br>) |
|     Respondents. | ) |

    By order filed September 2, 2008, the Court ordered petitioner to file an application to proceed *in forma pauperis*, or pay the $5.00 filing fee for this action, within thirty days.  (Docket #3). Petitioner was advised that this action would be dismissed unless he complied with the Court's order.  (Docket #3).  Petitioner filed a notice of appeal on October 16, 2008.  (Docket #4).  The Court of Appeals dismissed the appeal on December 22, 2008.  (Docket #8).

    This Court's order of September 2, 2008, was apparently delivered to petitioner; it was not returned undelivered.  Petitioner has not responded to the order.  More than the allotted time has elapsed and petitioner has not complied with the Court's order.  Therefore, petitioner's action shall be dismissed without prejudice.

    **IT IS THEREFORE ORDERED** that the Clerk shall **FILE and DOCKET** the petition (received July 9, 2008).

///

///

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for petitioner's failure to obey this Court's order of September 2, 2008.  The Clerk shall **ENTER JUDGMENT** accordingly.

DATED this 31st day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2