AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

JONATHAN LEE RICHES,

      Petitioner,   JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:08-CV-00378-LRH-RAM**

ALAN WEBB, et al.,

      Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** for petitioner's failure to obey this Court's order of September 2, 2008 (#3).


   April 2, 2009                                             **LANCE S. WILSON**
                                                                       Clerk

                                                                     /s/ D. R. Morgan
                                                                    Deputy Clerk